UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSE DASILVA,

                         Plaintiff,

      -against-

53RD STREET & MADISON TOWER DEVELOPMENT,
LLC, MADISON TOWER DEVELOPMENT, LLC AND
TISHMAN CONSTRUCTION CORPORATION,

                         Defendants.
-------------------------------------------------------------X

Index No.: 08 CV 3055 (JSR)
Judge ~~Kram~~ RAKOFF

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendants, 53RD STREET & MADISON TOWER DEVELOPMENT, LLC, MADISON TOWER DEVELOPMENT, LLC AND TISHMAN CONSTRUCTION CORPORATION, time to answer, appear or make any motion with relation to the above-captioned matter is extended, up to and including, June 14, 2008.

DATED:   New York, New York
              May 14, 2008

_____
GINARTE, O'DWYER, GONZALEZ & WINOGRAD, LLP
Attorneys for Plaintiff
225 Broadway, 13th Floor
New York, New York 10007
(212) 601-9700

_____
THE LAW OFFICES OF EDWARD GARFINKEL
Attorneys for Defendants
53RD STREET & MADISON TOWER DEVELOPMENT,
LLC, MADISON TOWER DEVELOPMENT, LLC AND
TISHMAN CONSTRUCTION CORPORATION
110 William Street
New York, New York 10038
(212) 809-8000
Our File No.: NYNY-unassigned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-08

SO ORDERED: _____
                  U.S.D.J.    6-4-08