UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE DASILVA,

                           Plaintiff,

        -against-

53rd STREET & MADISON TOWER
DEVELOPMENT, LLC, MADISON TOWER
DEVELOPMENT, LLC and TISHMAN
CONSTRUCTION CORPORATION,

                         Defendants.
------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

08 CV 3055

       Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 53rd STREET & MADISON TOWER DEVELOPMENT, LLC, MADISON TOWER DEVELOPMENT,LLC and TISHMAN CONSTRUCTION CORPORATION (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

1.     None for defendant 53rd Street & Madison Tower Development, LLC and Madison Tower Development;.
2.     None for defendant, Tishman Construction Corporation.

Dated: New York, New York
       July 8, 2008                                 Yours etc.,

                    The Law Offices of Edward Garfinkel
Attorneys for Defendant, 53rd Street &
Madison Tower Development, LLC and
Tishman Construction Corporation

By: _____
      Michael J. Pearsall (MJP 9606)
110 William Street
New York, New York 10038-3901
(212) 809-8000
Our File # NYNY 27477

TO:

Ginarte, O'Dwyer, Gonzalez & Winograd, LLP
Attorneys for Plainitff
225 Broadway, 13th Floor
New York, NY 10007
212-601-9700